# United States District Court
# For The Western District of North Carolina
# Asheville Division

Stephen Gainey,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            1:11cv279

Allicance One,

        Defendant(s).

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/27/12 Order.

                                        Signed: September 27, 2012

                                        Frank G. Johns, Clerk
                                        United States District Court